# NO. 12-10-00200-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST* | § | *APPEAL FROM THE 307TH* |
| *OF M.P.H.,* | § | *JUDICIAL DISTRICT COURT* |
| *A CHILD* | § | *GREGG COUNTY, TEXAS* |

***MEMORANDUM OPINION***
***PER CURIAM***

This pro se appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). The judgment in this case was signed on May 28, 2010. Appellant timely filed a notice of appeal that failed to contain the information required by Texas Rules of Appellate Procedure 9.5 and 25.1(e), i.e., a certificate of service showing service on all parties to the trial court's judgment.

On June 24, 2010, Appellant was notified pursuant to Texas Rule of Appellate Procedure 37.1 that the notice of appeal was defective for failure to comply with rules 9.5 and 25.1(e). She was further notified that unless she filed an amended notice of appeal on or before July 26, 2010, the appeal would be referred to the court for dismissal. *See* TEX. R. APP. P. 42.3(c). On July 21, 2010, Appellant filed an amended notice of appeal. However, the amended notice did not cure the defect. Accordingly, the appeal is ***dismissed*** for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c); ***Feist v. Berg***, No. 12-04-00004-CV, 2004 WL 252785, at \*1 (Tex. App.-Tyler Feb. 11, 2004, pet. denied); ***Feist v. Hubert***, No. 12-03-00442-CV, 2004 WL 252285, at \*1 (Tex. App.-Tyler Feb. 11, 2004, pet. denied).

Opinion delivered July 30, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)